```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DR. NADER KREIT,                                                  :
                                                                  :
                          Plaintiff,                              :
                                                                  :        22-cv-10751 (LJL)
         -v-                                                      :
                                                                  :        ORDER
BYBLOS BANK S.A.L.,                                               :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2022

LEWIS J. LIMAN, United States District Judge:

Plaintiff Nader Kreit ("Plaintiff") has filed a proposed order to show cause, Dkt. No. 6, and a motion for a writ of attachment *ex parte*, Dkt. No. 9.  The documents, however, have been filed on the public docket, and Plaintiff has not filed an affidavit or verified complaint satisfying the standards under Rule 65(b)(1) for granting emergency relief *ex parte*.  Defendant Byblos Bank S.A.L. ("Defendant") has objected to the granting of *ex parte* relief.  Dkt. No. 8.

It is hereby ordered that the Court will hold a scheduling conference on January 3, 2023 at 10:00 a.m. to set a briefing schedule on Plaintiff's motion.  The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.  If Plaintiff requires action on the motion prior to January 3, 2023, Plaintiff may make further application supported by evidence that it will suffer irreparable harm during the period between this date and January 3, 2023.

SO ORDERED.

Dated: December 23, 2022
       New York, New York
                                               _____
                                                       LEWIS J. LIMAN
                                                  United States District Judge