**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DR. NADER KREIT,

                     Plaintiff,

    -against-                                       22 **CIVIL** 10751 (LJL)

                                                        **JUDGMENT**

BYBLOS BANK S.A.L.,

                     Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 22, 2023, Defendant's motion to dismiss for lack of jurisdiction is GRANTED and the Plaintiff's complaint is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       October 23, 2023

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                         **BY:**

                                                   **Deputy Clerk**